Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br>             v.<br><br>MICHAEL LOUIS TRISBY, individually and doing business as MICHAEL LOUIS TRISBY,<br><br>    Defendant. | Case No.: C13-3842 WHO<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and ORDER THEREON**<br><br>Date:  Tuesday, November 26, 2013<br>Time:  2:00 p.m.<br>Ctrm:  2, 17th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, California<br>Judge: The Honorable William H. Orrick |

Plaintiffs respectfully request that the Case Management Conference scheduled for November 26, 2013, at 2:00 p.m., be continued for approximately ninety (90) days, as follows:

1.   As the Court's records will reflect, this action was filed on August 20, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2.   Plaintiffs served the complaint, summons, and court documents on Defendant on September 4, 2013, and a Proof of Service of Summons was filed on September 23, 2013 (Dkt. No. 9). Defendant did not timely file a responsive pleading. Plaintiffs requested Entry of Default on September 26, 2013, which was entered by the court on October 2, 2013 (Dkt. Nos. 11, 12).

3.   Defendant has not contacted Plaintiffs regarding this matter. Plaintiffs anticipate filing a Motion for Default Judgment against Defendant within ninety (90) days. Plaintiffs therefore request a continuance of the Case Management Conference to allow time for the

1. preparation of said Motion for Default Judgment.

2. 4. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately ninety (90) days, in order to allow for sufficient time for Plaintiffs to prepare and file a Motion for Default Judgment.

5. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 15, 2013

**SALTZMAN & JOHNSON
LAW CORPORATION**

By:     /S/
Shivani Nanda
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to January 29, 2014, and all related deadlines are extended accordingly. Plaintiff shall file a Motion for Default Judgment prior to that date.

Date: November 15, 2013

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **November 15, 2013**, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

**Michael Louis Trisby, individually
and *dba* Michael Louis Trisby
3251 62nd Avenue
Oakland, CA 94621**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **November 15, 2013**, at San Francisco, California.

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　Alicia Rutkowski
　　　　　　　　　　　　Paralegal