1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | RUSSELL E. BURNS, et al. | Case No.: C13-3842 WHO
11 | Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL**
12 | v. |
13 | MICHAEL LOUIS TRISBY, individually and doing business as MICHAEL LOUIS TRISBY, |
14 | |
15 | Defendant. |

16

17     PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs RUSSELL E.

18 BURNS, et al., voluntarily dismiss, without prejudice, their claim against Defendant MICHAEL

19 LOUIS TRISBY, individually and doing business as MICHAEL LOUIS TRISBY.  Defendant has

20 neither served an answer nor moved for summary judgment.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1     I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

    Executed this 23rd day of January, 2014, at San Francisco, California.

                      SALTZMAN & JOHNSON
                        LAW CORPORATION

            By:         /S/
                  Shivani Nanda
                  Attorneys for Plaintiffs

IT IS SO ORDERED.

    This case is dismissed without prejudice.

Date: January 27, 2014                 _____
                                    UNITED STATES DISTRICT COURT JUDGE